Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

---

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**May 8, 2023**

---

Name of Offender: **Mark A Jaster**

Case Number: **2:23CR00072**

Name of Sentencing Judicial Officer: **Honorable E. Richard Webber**

Date of Original Sentence: **November 18, 2011**

Original Offense: **Possession of Child Pornography**

Original Sentence: **41 Months prison, followed by 180 Months TSR.**

Date Supervision Commenced: **August 1, 2013**

Date Jurisdiction Transferred to District of Nevada: **April 6, 2023**

Name of Assigned Judicial Officer: **Honorable Cristina D. Silva**

---

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of 90 days. You must follow the rules and regulations of the center.

---

## CAUSE

Jaster has been on supervision in the District of Nevada since August of 2013. Jaster has incurred two violations for using marijuana since his release. First occurrence was in April 2016 and the most recently in March 2023. Jurisdiction of this case was transferred from the Eastern District of Missouri on April 6, 2023, after his second incidence of using marijuana. Jaster has been attending sex offender treatment and has been completing polygraph examinations every six

**RE: Mark A Jaster**

Prob12B
D/NV Form
Rev. June 2014

months. Jaster has passed all his previous polygraph examinations. However, on March 7, 2023, Jaster underwent a polygraph examination wherein the data was erratic and inconsistent. The numerical scores in the examination did not reach the threshold for either truthfulness or deception and the exam was determined to be inconclusive.

Jaster completed a second polygraph exam on April 11, 2023. The polygrapher reported that Jaster showed deception when asked if he was viewing pornography and if he had a digital device that he previously had not reported to the probation officer.

Pursuant to the deceptive polygraph, the probation office conducted a search at Jaster's residence on May 3, 2023. Jaster was home with his mother when officers arrived for the search. Prior to entering the residence, Jaster was told that a search was being conducted. Jaster was asked if he was in possession of any pornography and if he had any unauthorized digital devices. Jaster admitted that he owned a HP laptop computer that the officer was unaware of. Jaster further admitted that he had been in possession of the HP laptop for several years, and he regularly views pornography on the device. Jaster further admitted to using his sister's Wi-Fi without her knowledge, to view pornography on the internet and download sexually explicit literature to the device. Jaster adamantly denied that any of the content on his computer was "illegal". Jaster stated that he only downloaded stories and viewed pornography from mainstream pornographic sites that do not contain illegal files.

Officers discovered the HP laptop computer in Jaster's bedroom on the floor, hidden behind a pillow. The laptop computer was found to contain hundreds of downloads of sexually explicit stories. The officer found the stories to focus on the sexualization of children. The officer also found thousands of internet links in the browser history. The links contained several titles consistent with the sexual activity of minors such as "mommy / daughter" "naughty stepdaughter" "Lucy corrupts her daughter" "stepdaughter and mother bondage" and "Hentai pornography."

The officer also discovered several internet links and downloads consistent with abduction, torture, sexual slavery, BDSM, mind control, and submission. Jaster stated that he has been abused by women throughout his life thus he feels comfort in the viewing of such materials. The probation officer has sent the HP laptop to a forensic laboratory to determine if any child pornography is on the device. While the forensic review is pending the probation officer finds it prudent to sanction Jaster with 90 days of residential reentry center placement. Jaster has violated his sex offender treatment, computer monitoring, and pornography prohibition conditions. If no evidence of illegal material is found on the device, the officer will not seek further court action. Jaster will be participating in a more robust schedule of sex offender treatment. Jaster has agreed to the modification as evidenced by his signature on the attached Waiver (PROB 49).

RE: Mark A Jaster

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

_____
Steve M Goldner
Senior United States Probation Officer

Approved:

_____
Digitally signed by Todd Fredlund
Date: 2023.05.08 15:56:59 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

___5/11/2023_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of 90 days. You must follow the rules and regulations of the center.

Witness _____  Signed _____
U.S. Probation Officer                                      Probationer or Supervised Releasee
Steve Goldner                                                Mark Jaster

_____5/8/23_____
Date